UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61845-CIV-MORENO

NOLAN CAMPBELL,

    Plaintiff,

vs.

DL & LL ENTERPRISES, LLC., *et al.*,

    Defendants.
_____/

## DEFAULT JUDGMENT AGAINST DEFENDANT DANIA INVESTMENTS, INC.

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Clerk's Default **(D.E. No. 29)**, filed on **May 3, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant Dania Investments, Inc., failed to obtain new substitute counsel by April 30, 2010 as Ordered by this Court on April 19, 2010, **(D.E. No. 24)**. Accordingly, because a corporation cannot represent itself the Court enters default against Dania Investments, Inc. *See Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1984) (citing 28 U.S.C. § 1654 and holding that corporations must always be represented by counsel). Therefore, it is

**ADJUDGED** that Default Judgment is ENTERED against Dania Investments, Inc. Judgment is hereby entered in favor of Plaintiff Nolan Campbell and against Defendant Dania Investments, Inc. It is further

**ADJUDGED** that Plaintiff shall file an affidavit and a proposed order with the Court by no

later than **May 28, 2010** indicating damages and any equitable relief Plaintiff seeks against Defendant Dania Investments, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record