UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **09-61845-Civ-MORENO/TORRES**

NOLAN R. CAMPBELL,

    Plaintiff,

vs.

DL & LL ENTERPRISES, LLC
d/b/a BP/MAK PETROL USA,
a Florida corporation,
and DANIA INVESTMENTS, INC.,
a Florida corporation,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE came before this Court upon Plaintiff's, NOLAN R. CAMPBELL, Motion for Final Default Judgment, for the entry of an Order for Injunctive Relief, attorney fees, and costs, and the Court being duly advised in the premises herein, it is hereby:

**Adjudged** that the Final Judgment is hereby entered in favor of Plaintiff, NOLAN R. CAMPBELL, and against Defendant DANIA INVESTMENTS, INC., in the form of Injunctive relief. Defendant has violated the Americans with Disabilities Act and this Honorable Court hereby orders the Defendant DANIA INVESTMENTS, INC. to correct the following architectural barriers and violations of the Americans with Disabilities Act, as follows:

    i.    The fuel pumps at the Subject Facility are at an inaccessible height in violation of the requirements of 28 C.F.R. Part 36, and must be modified to comply with Americans with Disabilities Act;

ii. Provide fuel dispensing equipment and controls which are on an accessible path of access, within accessible reach parameters, with the requisite maneuvering clearances, and with accessible hardware;

iii. The exterior fire extinguisher at the Subject Facility are at an inaccessible height in violation of the requirements of 28 C.F.R. Part 36, and must be modified to comply with Americans with Disabilities Act;

iv. The shut off valves at the Subject Facility are at an inaccessible height in violation of the requirements of 28 C.F.R. Part 36, and must be modified to comply with Americans with Disabilities Act;

v. Provide requisite signage for all accessible routes to and throughout the gas stations and market and the facilities thereof;

vi. The merchandise shelving at the Subject Facility are at an inaccessible height in violation of the requirements of 28 C.F.R. Part 36, and must be modified to comply with Americans with Disabilities Act;

vii. Provide the requisite lowered section to each sale and service counter, provide an accessible path of access thereto, and provide the requisite maneuvering space in front;

viii. Provide compliant signage;

ix. Provide food and drink dispensers, vacuum and air dispensers, paper towel dispensers, ATM's, items for sale and other controls and services, on an accessible path of access, within accessible reach parameters, with the requisite maneuvering clearances, and with accessible hardware;

x. Provide a safe, accessible walkway at the subject facility; currently, the pavement is uneven with cracks and holes in the walkway in violation of the ADA;

xi. Modify interior and exterior doors to have accessible door hardware, widths, opening resistances, thresholds, offsets, level maneuvering clearances, and closing delays as prescribed by the ADA;

xii. Provide adequate compliant signage addressing people with disabilities to notify them that accessible services are provided by Subject Facility as required by 28 C.F.R. Part 36 Section 4.30.4;

xiii. Provide aisles that are wide enough and in compliance with Americans with Disabilities Act Accessibility Guidelines ("ADAAG") Secs 4.2 and 4.3;

xiv. The ice chest at the Subject Facility are at an inaccessible height in violation of the requirements of 28 C.F.R. Part 36, and must be modified to comply with Americans with Disabilities Act;

### **_RESTROOMS_**

xv. Modify restrooms to be accessible, including:

  i. Provide the required informational signage on the restroom entrance as required by 28 C.F.R Part 36, Section 4.3;

  ii. Modify restroom doors to have accessible door, widths, opening resistances, thresholds, offsets, level maneuvering clearances, and closing delays as prescribed by the ADA;

  iii. Provide rear grab bar behind restroom toilet in violation of 28 C.F.R Part 36, Section 4.17.6;

  iv. Provide right hand grab bars that are at least 42 inches long consistent with Standard § 4.17.6; Fig. 30(d);

  v. Provide accessible soap dispenser as required by 28 C.F.R Part 36, Section 4.16.6;

vi. Provide accessible paper towel dispenser as required by 28 C.F.R Part 36, Section 4.16.6. The maximum height of the paper towel dispensers cannot be more than 48 inches consistent with Standard § 4.2.5;

vii. Provide accessible mirror as required by 28 C.F.R Part 36, Section 4.16.6;

viii. Provide an accessible lavatory as required by 28 C.F.R Part 36;

ix. Provide a lavatory with appropriate clearance as required by 28 C.F.R Part 36;

x. Provide the required underside clearance of at least 29 inches above the finished floor to the bottom of the apron under lavatories for accessibility in violation of 28 C.F.R Part 36, Section 4.1 and 4.19.2;

xi. Provide a lavatory with controls and operating mechanisms that can be operable with one hand and shall not require tight grasping, pinching or twisting of the wrist in violation of 28 C.F.R Part 36, Section 4.19;

## **_PARKING_**

xvi. Provide the minimum number of handicap spaces at the Subject Facility that comply with the requirements of 28 C.F.R. Part 36 Section 4.6.3, and are located on the shortest route of travel to the Subject Facility's main entrance as required by 28 C.F.R. Part 36 Section 4.6.2; as well as a compliant walkway from said handicap spaces to the Subject Facility's main entrance;

xvii. Provide one in every eight accessible spaces, but not less than one, with an accessible 96 inch wide minimum, with the designation of "van accessible", as required by 28 C.F.R. Part 36 Section 4.6.4 and Section 4.1.2(5)(b);

## **_ENTRANCE RAMP_**

xviii. Provide a safe, accessible ramp at the entrance of the subject facility by modifying:

  i. The Slope of the ramp to comply with Americans with Disabilities Act;

  ii. The Rise of the ramp to comply with Americans with Disabilities Act;

    iii. The landing of the ramp to comply with Americans with Disabilities Act;

    iv. The step on the ramp to comply with Americans with Disabilities Act;

    v. Installing detectible warning signs such as raised truncated domes to comply with Americans with Disabilities Act;

The Defendant shall comply with the terms of this Final Judgment within sixty (60) days of entry of this judgment. The Court shall retain jurisdiction relating to the Plaintiff's attorney's fees and costs and said motion shall be filed within thirty (30) days of entry of this Final Judgment.

DONE AND ADJUDGED in Open Court at Miami, Florida, this ___ day of _____, 2010.

                                                        _____
                                                        HONORABLE FEDERICO A. MORENO
                                                        CHIEF UNITED STATES DISTRICT COURT

Copies provided to:
Counsel of record

Defendant DANIA INVESTMENTS, INC.
***DANIA INVESTMENTS, INC.***
**Registered Agent**
TRACY B. NEWMARK, ESQ.
2650 West State Road 84 #101C
Fort Lauderdale, Florida 33312