UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-61845-CIV-MORENO**

NOLAN CAMPBELL,

    Plaintiff,

vs.

DL & LL ENTERPRISES, LLC., et al.,

    Defendants.

_____/

## ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

THIS CAUSE came before the Court upon Plaintiff's Motion for Attorney's Fees and Costs (**D.E. No. 52**), filed on **June 24, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED IN PART, DENIED IN PART, and REFERRED to Magistrate Judge Torres IN PART. Accordingly, it is

**ADJUDGED** that:

(1) The Court GRANTS Plaintiff's motion for costs in PART. Plaintiff is awarded the cost of the filing fee for $350.00 and for service of process totaling $90.00 for a total amount of costs awarded of **$440.00**.

(2) The Court DENIES Plaintiff's request for "expert fees."

(3) The Court REFERS Plaintiff's Motion for Attorney's Fees to Magistrate Judge Torres with the exception of Plaintiff's request for $500.00 for Mr. Dorne's review of Plaintiff's Motion

for Attorney's Fees and Costs. The Court therefore DENIES IN PART Plaintiff's Motion for Attorney's Fees as to his request for $500.00 for Mr. Dorne's review of Plaintiff's Motion. Accordingly,

PURSUANT to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the S.D. Fla. L.R., Plaintiff's Motion for Attorney's Fees is referred to **United States Magistrate Judge Edwin G. Torres** to submit an Order to this Court on **Plaintiff's Motion For Fees (D.E. No. 52), filed on June 24, 2010**.

All motions for extension or enlargement of time that relate to such motion are included with this referral. It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of Magistrate Judge Edwin G. Torres.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record